**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANDREW SASSER *et al.*                                                                                    PLAINTIFFS

V.                                        NO: 5:10CV00092 SWW/HDY

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*                                                                                    DEFENDANTS

## ORDER

Plaintiffs Andrew Sasser, Roger Coulter, Frank Williams, Jr., and Karl Roberts, filed this complaint on April 1, 2010, alleging, among other things, constitutional violations relating to prison policy regarding attorney visitation, privileged materials, and access to experts. Now pending is a motion to intervene filed by Jason Farrell McGehee and Marcel Wayne Williams, who assert that they, like the current Plaintiffs, are prisoners on death row, and wish to file a complaint with questions of law and fact in common with the main action.

Under Fed.R.Civ.P. 24(b)(1)(B), upon timely application, anyone may be permitted to intervene when that person "has a claim or defense that shares with the main action a common question of law or fact." McGehee and Williams meet this criterion, and the Court finds that intervention will neither unduly delay nor prejudice the adjudication of the rights of the original parties. Accordingly, the motion will be granted.

Although the motion will be granted, neither McGehee nor Williams has paid the $350.00 filing fee, or filed an application for leave to proceed *in forma pauperis*. Under the Prison Litigation Reform Act of 1995, a prisoner who is permitted to file a civil action *in forma pauperis* still must pay the full statutory filing fee of $350.00. 28 U.S.C. §1915(b)(1). The only question is whether

a prisoner will pay the entire filing fee at the initiation of the proceeding or in installments over a period of time. *Ashley v. Dilworth*, 147 F.3d 715, 716 (8th Cir. 1998). Even if a prisoner is without assets and unable to pay an initial filing fee, he will be allowed to proceed with his claims and the filing fee will be collected by the Court in installments from the prisoner's inmate trust account. 28 U.S.C. § 1915(b)(4).

**If the prisoner's case is subsequently dismissed for any reason, including a determination that it is frivolous, malicious, fails to state a claim, or seeks monetary relief against a defendant who is immune from such relief, the full amount of the $350.00 filing fee will be collected and no portion of this filing fee will be refunded to the prisoner.**

So that the Court can determine how the $350.00 filing fee will be paid, McGehee and Williams are required to each submit, within thirty (30) days of this order's entry date, either the full statutory filing fee, or an application to proceed *in forma pauperis*, along with a calculation sheet anc certificate, prepared and executed by an authorized official at the incarcerating facility. Based on this information, the Court will assess an initial partial filing fee if sufficient funds exist, and will also direct the future collection of monthly installment payments from Plaintiff's account until the filing fee is paid in full. *Id*. 1915(b)(1) and (2). However, no prisoner will be prohibited from bringing a civil action because he "has no assets and no means by which to pay the initial partial filing fee." *Id*. 1915(b)(4).

IT IS THEREFORE ORDERED THAT:

1. McGehee's and Williams's motion to intervene (docket entry #7) is GRANTED.

2. The Clerk is directed to file the intervening complaint which is attached to the motion.

3. The Clerk is directed to forward an *in forma pauperis* application, calculation sheet, and certificate, to McGehee and Williams.

4. McGehee and Williams are directed to each submit, no later than thirty (30) days after the entry of this order, either the $350.00 statutory filing fee, or to complete and sign the *in forma pauperis* application, and file it, along with the completed calculation sheet and certificate.  Either Plaintiff's failure to do so will result in the recommended dismissal of his complaint.

DATED this __27__ day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE