# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

ANDREW SASSER, FRANK WILLIAMS,                                PLAINTIFFS,
ROGER COULTER, KARL ROBERTS,
JASON FARRELL McGEHEE,
MARCEL WAYNE WILLIAMS, and
BRUCE WARD

v.                          No. 5:10-cv-00092

Arkansas Department of Correction, et al,                      DEFENDANTS.

## MOTION TO DISMISS

The Plaintiffs, inmates on Arkansas's death row, brought this Complaint against the Defendants, in their capacity as state officials. The Plaintiffs and the Defendants have reached a settlement in this action, and all parties to the action have executed the attached Settlement Agreement. *See* Attachment 1 (Signed Settlement Agreement and Release, Prior Administrative Directive 08-10, Prior Varner Unit Policy 10.6.0 (rev. 5/25/10)). As reflected by this settlement, also attached to this Motion to Dismiss are the newly promulgated policies. *See* Attachment 2 (Administrative Directive 11-40); Attachment 3 (Varner Unit Policy (rev. 7/5/11)). Finally, Plaintiffs have attached a Proposed Order for the Court. *See* Attachment 4.

Pursuant to the agreement and Fed. R. Civ. Proc. 41(a)(2), all Plaintiffs hereby move for immediate dismissal of all claims in the above case with prejudice.

        Respectfully submitted,

        s/ Deborah Anne Czuba
        Deborah Anne Czuba
        Ark. Bar No. 2008271
        Deborah.Czuba@fd.org
        Assistant Federal Public Defender
        1401 W. Capitol, Ste. 490
        Little Rock, AR 72201

For:    the Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 11th day of July, 2011, a copy of the foregoing Motion was filed with the Clerk of the Court using the CM/ECF electronic filing system, which shall send notification of such filing to Assistant Attorney General C. Joseph Cordi, 323 Center Street, Ste 1100, Little Rock, AR 72201.

        /s/ Deborah Anne Czuba
        Deborah Anne Czuba