## SETTLEMENT AGREEMENT AND RELEASE

WHEREAS, an action is pending in the United States District Court for the Eastern District of Arkansas, styled *Andrew Sasser, et al v. Arkansas Department of Correction, et al*, 5:10-cv-00092 SWW (hereinafter referred to as the "Action"), and

WHEREAS, the defendants in the Action, the Arkansas Department of Correction, Ray Hobbs, Grant Harris, and James Banks (collectively referred to as "defendants" unless the context requires otherwise) deny that they, or any officer, employee, or agent, have engaged in any wrongful, tortious or unlawful conduct of any kind, and

WHEREAS, the plaintiffs in this action Andrew Sasser, Roger Coulter, Frank Williams, Jr., Karl Roberts, Jason Farrell McGehee, Marcel Wayne Williams, and Bruce Earl Ward, (collectively referred to as "plaintiffs" unless the context requires otherwise) and the defendants desire to compromise and settle the Action to avoid the costs and uncertainties of continued litigation;

NOW, THEREFORE, the plaintiffs and the defendants agree to the following terms as full and final satisfaction of any and all claims, including any and all claims for costs and attorneys' fees, which were raised by plaintiffs in the Action or could have been raised by plaintiffs in the Action.

1. ACTION TO BE TAKEN BY DEFENDANTS.  Following entry of an Order dismissing the Action with prejudice, the defendants will:

**1) delete the language contained in sections VI.M.2 and VI.M.3 of VU 10.6.0 (attached hereto);**

**2) delete the language contained in section II.B.3 of Administrative Directive 08-10 (attached hereto);**

**3) add the following language to section II.D of Administrative Directive 08-10:**

      3.     Contact Visitation—Inmates assigned to Death Row may be granted contact-visitation privileges under the conditions and provisions set forth in this policy. Any exceptions to this policy shall be determined according to court order and applicable law.

      a.     To be eligible to submit a request for contact visits, a death-row inmate must meet each of the following requirements at the time of submitting the request:

      1.     Have resided on death row for six (6) months;

      2.     Have no pending disciplinary charge;

      3.     Have had no minor disciplinary conviction for the past sixty (60) days;

      4.     Have had no major disciplinary conviction for the past year. This one-year period may be reduced to no less than six (6) months upon recommendation of the Classification Committee and approval of the Warden.

      b.     If eligible, a death-row inmate may submit a request for consideration for contact visitation to their area supervisor or the Chief of Security, who will make a recommendation to the Classification Committee. The Classification Committee will review each request and make its recommendation to the Warden who shall give final approval or disapproval for contact visitation. The Warden may deny, terminate, or suspend contact-visitation privileges for one or more death-row inmates in order to maintain or restore the security or good order of the prison.

      c.     If a death-row inmate receives contact-visitation privileges, then he or she may exercise such privileges equally during visits from attorneys, family, friends, and others who have been approved for visitation pursuant to Administrative Directive 10-08 or its successor and whose conduct conforms to that Directive or its successor.

**4) add the following language to section II.T of Administrative Directive 08-10:**

      ADC personnel shall not listen to phone calls that are: 1) conducted by the use of an attorney's telephone number that has been properly registered with the ADC, and 2) between a death-row inmate and his or her attorney (including investigators and experts who are assisting the death-row inmate's attorney).

**5) add the following language to section II.M of Administrative Directive 08-10:**

ADC personnel shall not read properly marked legal mail that death-row inmates send to or receive from their attorneys and investigators and experts who are assisting the death-row inmate's attorney.

**6) agree that no Plaintiff has waived any future claims based on application to him of the aforementioned policies that may occur after this lawsuit has been dismissed.**

2. <u>ACTION TO BE TAKEN BY PLAINTIFFS.</u> The plaintiffs will move to dismiss the Action with prejudice.

3. <u>COMPLETE RELEASE AND WAIVER.</u> The plaintiffs waive, release, relinquish and forever discharge the defendants from all claims, liens, or causes of action, known or unknown, for injunctive relief, declaratory relief, damages, attorneys' fees, and costs or recovery of any type against the defendants including any officers, officials, employees and agents of any defendant, in their official and individual capacities that relate to: 1) policies, practices, and conditions concerning meetings, telephone calls, correspondence, and documents exchanged between the plaintiffs and their attorneys—including investigators, experts, support staff, and any other individual who assists or acts at the behest of an attorney for any of the plaintiffs; and 2) the procedures by which any policy—including but not limited to Administrative Regulations, Administrative Directives, and Unit Policies—is promulgated or amended for the purpose of carrying out this agreement. Each of the Plaintiffs, however, reserves the right to file future claims based on application to him of the aforementioned policies that may occur after this lawsuit has been dismissed.

4. <u>ENTIRE AGREEMENT.</u>  This Agreement contains the entire agreement between the parties.  The plaintiffs and defendants have not relied upon any promise or statement, oral or written, that is not set forth in this Agreement.

5. <u>MODIFICATION.</u>  The plaintiffs and defendants agree that this Agreement may not be modified, amended, or altered except by a written agreement executed by all parties.

6. <u>VOLUNTARY AGREEMENT.</u>  The plaintiffs and defendants acknowledge that each has read this agreement or had this agreement read to them, that each has had the opportunity to consult with legal counsel of their choosing concerning the advisability, meaning and effect of this Agreement, and that each has signed this Agreement voluntarily and without duress.

7. <u>NO RESCISSION FOR MISTAKE.</u>  The plaintiffs and defendants acknowledge that each has had the opportunity to investigate the facts and law relating to the claims raised in the Action and any additionally waived and released claims to the extent each deems necessary and appropriate.  The plaintiffs and defendants assume the risk of any mistake of fact or law and agree that any mistake of fact or law shall not be grounds for rescission or modification of any part of this Agreement.

8. <u>NO ADMISSION OF LIABILITY.</u>  The plaintiffs and defendants acknowledge that this Agreement is a compromise and is not an admission of liability or wrongdoing on the part of the defendants, or any officer, employee or official of any defendant.  Plaintiffs agree not to suggest or construe this Agreement as an admission or implication of wrongdoing.  The parties agree that the Agreement is not admissible in any court or administrative body for any purpose except as necessary to enforce its terms or as otherwise required by law.

9. <u>CHOICE OF LAW.</u>  This Agreement shall be governed by and construed in accordance with the substantive law of the State of Arkansas.

10. <u>SUCCESSORS AND ASSIGNS.</u>  This Agreement shall be binding upon the plaintiffs and defendants and each of their respective heirs, descendants, successors and assigns.

11. <u>EFFECTIVE DATE.</u>  This Agreement shall not become effective until an Order of dismissal with prejudice is entered by the United States District Court in the Action.

12. <u>COUNTERPARTS.</u>  This Agreement may be executed in counterparts and the counterparts taken together, will have binding effect.


PLAINTIFFS

Attorney for Andrew Sasser _____
Andrew Sasser
ADC No. SK 929

Date: 5/4/11

Attorney for Roger Coulter _____
Roger Coulter
ADC No. SK 911

Date: 5/4/11

Attorney for Frank Williams, Jr. _____
Frank Williams, Jr.
ADC No. SK 924

Date: 5/4/11

Josh Lee, attorney for Karl Roberts _____
Karl Roberts
ADC No. SK 956

Date: 5/4/11

_Jash Lee_
_Attorney for Jason_                Date: __5/4/2011__

Jason Farrell McGehee _McGehee_
ADC No. SK 946


_____ _for_          Date: __may 4, 2011__
Marcel Wayne Williams _Marcel_
ADC No. SK 943          _W. Williams_

_____ _attorney for_          
          _Bruce Earl Ward_   Date: __5/3/2011__
Bruce Earl Ward
ADC No. SK 915




DEFENDANTS


By:  _____          Date: __5-12-11__
     Ray Hobbs, Director
     Arkansas Department of Correction

| ![Arkansas state outline] | ARKANSAS DEPARTMENT OF CORRECTION | NUMBER:   VU 10.6.0 | PAGE NUMBER: 1 of 9 |
|---|---|---|---|
| | **VARNER UNIT POLICY AND PROCEDURE** | SUPERSEDES: | ISSUING EMPLOYEE: Original signed by: Jimmy Banks |
| | | DATE:   08-29-03 | WARDEN |

| CHAPTER: SPECIAL MANAGEMENT INMATES | | | | SUBJECT: DEATH ROW | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Revised Date | 10-16-03 | 03-30-04 | 04-27-05 | 04-06-06 | 06-11-08 | 04-16-09 | 05-25-10 | | |
| Reviewed Date | 03-27-07 | 06-29-10 | | | | | | | |

## I.   AUTHORITY

The Warden's authority to issue this document is contained in Administrative Regulation 001. This policy shall supplement all related Administrative Regulations and Departmental policies.

## II.   PURPOSE

To establish standards for the operations of the Death Row.

## III.   APPLICABILITY

To all inmates assigned to the Death Row area. Employees involved in the operation of the area and to persons responsible for providing programs and/or services to inmates confined to Death Row.

## IV.   DEFINITIONS

None.

## V.   POLICY

The unit will provide a safe, humane living environment for inmates housed in the Arkansas Department of Correction awaiting execution.

## VI.   PROCEDURES

The following procedures will be followed in the Death Row area:

A.   FEEDING:

Inmates may be given out of cell clearance for meals by the unit classification committee based on the criteria listed below. Meals may be taken in the dayroom area of Cellblock #4. Inmates will be classified to determine eligibility (see attachment #1).

(1)   Prior convictions – Determine the number of prior convictions that resulted in incarceration.

(2)   Assaultive Behavior – Determine the number of incidents of assaultive behavior that the inmate has been involved in while assigned to Death Row.

ADC 3985

| POLICY AND PROCEDURES | | POLICY NO:<br>10.6.0 | PAGE NUMBER:<br>2 of 9 |
|---|---|---|---|
| SUBJECT:<br>DEATHROW | | SUPERCEDES: | EFFECTIVE DATE: |

(3)   Institutional Behavior – Assess the inmate's overall institutional adjustment and behavior.

(4)   Escape History – Determine if the inmate has ever escaped custody and when the escape occurred.

(5)   Protection Consideration – Determine inmate's need for protection due to physical stature and/or enemies among Death Row population.

(6)   Psychological Stability – Assess inmate's psychological stability.  This assessment must include input from Mental Health personnel.

(7)   Case Status – Determine current status of inmate's criminal case.

(8)   Inmate Input – Determine if inmate wishes to participate in Death Row activities or wishes to participate on a limited basis.

  1.   Each of the above items when checked will have a numerical value of 1, 2, or 3. A score of 3 in any item is grounds for the Classification Committee to deny out-of-cell Death Row activities such as work or out-of-cell meals, but is not intended to limit normal out-of-cell time for showers, etc.

  2.   Comments by the inmate and/or the Classification Committee may be recorded in the appropriate space on the Review Sheet.

  3.   The Classification Committee then decides whether to approve or deny the inmate or out-of-cell activities on Death Row.

  4.   All inmates assigned to Death Row will be reviewed and a new Death Row Classification  Review Sheet will be completed at least once every six months. Any change in the inmate's    status in regard to approval, limiting, denying Death Row activities must be made by the Unit Classification Committee and must be reflected on a Death Row Classification Review Sheet.

B.   WORK PROGRAM

A seven (7) day per week schedule may be developed to offer death row inmates, who have been approved by the Classification Committee, two (2) hours out-of-cell work periods on a rotating basis.  This rotating shift may be designed so that inmates may work during days, evenings, and nights without being assigned to a particular shift on a permanent basis. The work schedule should not begin prior to 5:00 a.m. and should not last beyond 10:00 p.m.

  1.   Inmates who are assigned by Classification to work will be subject to the same rules and regulations as the general population inmates.  Work under this program will consist of sweeping, mopping, dusting, cleaning, janitorial type duties and/or other inside utility type projects that become available.

ADC 3986

| POLICY AND PROCEDURES | POLICY NO:<br>10.6.0 | PAGE NUMBER:<br>3 of 9 |
|---|---|---|
| SUBJECT:               DEATHROW | SUPERCEDES: | EFFECTIVE DATE: |

C.  TELEVISION PRIVILEGES

Death Row inmates who wish to view television will be required to view it from their cells.
Viewing Hours are:  10:00 a.m. to 11:00 p.m. Weekdays
8:00 a.m. to after first late movie on Weekends and Holidays

Death Row inmates will be given the same VCR privileges as Unit general population inmates.
Television Remotes are the inmate responsibility.  Inmates on Punitive Status will not be allowed
Television Viewing Privileges.

D.  SHOWERS

Inmates will be given the opportunity to shower daily.

E..  EXERCISE

Death Row inmates will be afforded the opportunity for exercise, a minimum of
two hours per day, six (6) days per week, unless security or safety dictates otherwise.  Weather
permitting, the exercise will be conducted outside.

F.  TELEPHONE CALLS

Phone calls will be made during the following hours:

LEGAL CALLS:        Monday-Friday 8:00 a.m. to 4:30 p.m.

PERSONAL CALLS:   Death row inmates will be allowed a minimum of one (1) personal
phone  call per day during the following hours.

Monday-Friday 7:00 a.m. to 4:30 p.m.

Saturday-Sunday 7:00 a.m. to 11:30 p.m.

G.  CLOTHING

Death Row inmates will be issued Jumpsuits at the Unit.

H.  HOURS:

The Law Library shall be available from 7:00 a.m. to 4:00 p.m. Monday through Friday,
excluding holidays.

I.  BOOKS:  Limit five (5) per week will be issued and retrieved by the Issuance Officer **ONLY, on
a one for one-exchange basics.**  Books that are confiscated during shakedowns must be listed on
a Confiscation Form (401) and given to the Issuance Officer as soon as possible.

ADC 3987

| POLICY AND PROCEDURES | POLICY NO:<br>10.6.0 | PAGE NUMBER:<br>4 of 9 |
|---|---|---|
| SUBJECT:<br>DEATHROW | SUPERCEDES: | EFFECTIVE DATE: |

J.   CLASSIFICATION

Death row inmates will be classified as they relate to other inmates on death row. Previous institutional history of conflict and compatibility with others will be considered. Classification and assignment will be consistent with safety, security, and the good order of the institution. A list will be established and maintained which will identify inmates with previous   conflicts. Inmates with previous conflicts will not be exercised, or otherwise permitted together unless, in the opinion of staff, the conflict has been resolved.

K.   CLASS STATUS AND MERITORIOUS GOOD TIME

While inmates under sentence of death do not earn meritorious good time and privileges are not predicated by class status, it is necessary to maintain the class status for each inmate in the event an inmate's sentence is altered.

1.   Sentence changed by court - any inmate under sentence of death whose sentence is changed through the court system shall be credited with good time that would have been earned had the individual not been under sentence of death consistent with state law.

2.   Sentence changed by commutation - if the sentence of the person sentenced to death or life imprisonment without parole is commuted by the Governor to a term of years, such person shall not be paroled, nor shall the length of his incarceration be reduced in any way, to less than the full term of years specified in order of commutation or in any subsequent or of commutation   (ARK. Statue 41-1306).

L.   DISCIPLINE

Inmates on death row will be subject to the same disciplinary policy and    procedure as general population inmates.  Any punitive time received by a death row inmate may be served in the death row cellblock, if determined to be in the best interest of security and approved by the Chief of Security, Deputy/Assistant Warden or Warden.  Death Row inmate's classification status will be changed to class IV while on punitive. When the inmate completes the  punitive sentence his/her status will return to class I-C.

M.   VISITATION:

1.   GENERAL VISITATION

Death Row visits may be scheduled Monday, Wednesday and Friday, from 8:00 a.m. to 11:00 a.m. or 1:30 p.m. to 4:30 p.m.  Their visits shall be scheduled by appointment only, with at least twenty-four (24) hours advanced notice.  Death Row visits shall be scheduled through the Deputy/Assistant Warden's office.  Each death row inmate shall be allowed no more than one (1) regular visit per week.  Approved visitors and the number of visits will conform to Administrative Directive 10-8, Inmate Visitation and Administrative Directive 08-10, Death Row. If it is determined that this visitation procedure becomes burdensome to the institution, the procedure may be altered by the approval of the Director.

ADC 3988

| POLICY AND PROCEDURES | POLICY NO:<br>10.6.0 | PAGE NUMBER:<br>5 of 9 |
|---|---|---|
| SUBJECT:<br>DEATHROW | SUPERCEDES: | EFFECTIVE DATE: |

2. ATTORNEY AND/OR SPIRITUAL ADVISOR VISIT

Visits between the attorney of record and/or spiritual advisor are non-contact and will be permitted during regular business hours by prior arrangement (twenty-four (24) hours advanced Notice) with the approval of the Warden or Deputy/Assistant Warden per Administrative Directive 10-8, Inmate Visitation and Administrative Directive 08-10, Death Row.

3. CONTACT VISITATION

Inmates assigned Death Row may be granted special contact visitation privileges under the conditions and provisions set forth in this policy and other applicable Departmental regulations, directives or memorandums as they apply, unless specifically deleted or amended by this policy.

a. No inmate shall be considered for contact visitation until after one (1) year from the date of his initial assignment to Death Row status.

b. Inmates will submit a request for consideration to their area supervisor or the Chief of Security, who in turn, will make a recommendation to the Classification Committee.

c. Contact visits shall only be with immediate family members. For the purpose of this section the term "immediate family members" shall be defined as father, mother, sister, brother, spouse, children, grandchildren, and any other person whose relationship with the inmate has been verified as that of a parent/guardian such as mother-in-law, father-in-law, grandparents, aunts or uncles or whose relationship with the inmates has been verified as that of a child/ward such as foster child, son-in-law, daughter-in-law, niece, or nephew. This list of immediate family members includes step family members and half siblings.

The Classification Committee will review each request individually and make its recommendation to the Warden who shall give final approval or disapproval for contact visit.

d. To be eligible for contact visits, an inmate must meet the following criteria:

a. An inmate must have been disciplinary free for a minimum of sixty (60) days from the date of their last minor disciplinary.

b. An inmate will not be eligible until after one (1) year from the date of a major disciplinary. This may be reviewed for waiver after six (6) months by the Classification Committee and approval of the Warden.

c. An inmate will forfeit his contact visitation privileges if found guilty of any of the following:

ADC 3989

| POLICY AND PROCEDURES | | POLICY NO:<br>10.6.0 | PAGE NUMBER:<br>6 of 9 |
|---|---|---|---|
| SUBJECT:<br>DEATHROW | | SUPERCEDES: | EFFECTIVE DATE: |

1. An escape or escape attempt.

2. A homicide or attempted homicide while in custody of the Department of Corrections.

3. Any rape or attempted rape.

4. Possession of Drugs, Alcohol, Money, Tobacco or weapons

5. Major Disciplinary

6. Security Concerns

NOTE: The Warden may review at contact visiting anytime for discontinuation of the entire program or per individual inmate based on security needs of the institution. If the program is discontinued or the inmate is taken off visitation, the deputy Director will be advised.

O.   CHAPLAIN VISITS

The Chaplain will make routine rounds in the death row area and be available upon request.

1. CERTIFIED RELIGIOUS ASSISTANTS

One who is properly trained and approved by the Warden and the Administrator of Chaplaincy Services, may be allowed into death row to counsel with inmates on a one-to-one basis at the cell. An officer must be present at all times when a C.R.A. or volunteer is in the death row area.

2. GROUP RELIGIOUS SERVICES

May be conducted however groups may be limited to three (3) inmates and two (2) religious advisors. Group Religious Services will be held in the VSM Visitation Area. Group Religious Services will not interfere or prevent normal visitation operations. Inmates attending group services may be handcuffed in front with a black, box applied and secured with a pad lock or from behind. Leg irons will also be applied and left on during services. Two (2) Officers must be present on death row during group services. One officer must be positioned where he or she can observe the services.

P.   PRIVILEGES

Art Supplies - art supplies must be approved by the Unit Warden or designee

The following items authorized:

a. Paint: Maximum size, 2 oz. Bottles and a limit of 10 bottles on an exchange basis.
b. Brushes: Limit 10 on an exchange basis.
c. Drawing Pads: Limit 2, not to exceed size 11" x 12"

ADC 3990

| POLICY AND PROCEDURES | POLICY NO:<br>10.6.0 | PAGE NUMBER:<br>7 of 9 |
|---|---|---|
| SUBJECT:<br>DEATHROW | SUPERCEDES: | EFFECTIVE DATE: |

    d.    Glue:  Limit 2, (four oz.) bottles on an exchange basis.

    e.    Color Pencils:  Limit 1, set.

    f.    Sticks:  Limit 2 boxes of 500 not to exceed size ¾" x 5".

All materials must stay in their original container.  One completed item will be allowed in the cell at a time.  Completed items must not exceed 12" X 12" and must fit in the authorized container.  Completed items must be prepared for pick up or mailed out one (1) week after completion.  Misuse or abuse of privileges can result in privileges being suspended or revoked permanently.

Q.    MAIL

Inmates on death row will be afforded the same mail privileges as the general population.  Mail will be delivered to the cells Monday through Saturday consistent with U.S., Mail services.  Mail will be picked up and inspected for contraband at the cell Monday through Friday by Correctional Officer.

NOTE:    All incoming privileged correspondence will be handled per Administrative Regulation 860.

R.    COMMISSARY

Inmates on death row will be afforded the opportunity to purchase commissary items two (2) times per week.  Commissary slips must be turned in by 12:00 p.m. Tuesday and Friday.  The inmate must have sufficient funds at 8:00 a.m. on Monday and Wednesday when the Commissary Supervisor checks the slips for issuance.  Commissary is issued on Monday and Wednesday.  The commissary spending limit for Safe-Keeping inmates will not exceed $65.00 per week.

S.    BARBER SERVICES

Inmates on death row will be afforded barber services as the schedule allows on a weekly basis.

T.    MOVEMENT

Prior to any movement out of their cell, inmates on death row shall be STRIP SEARCHED, then handcuffed behind the back.  Upon removal from the cell the inmate will be pat searched.  Upon return, the process will be repeated in reverse.  Leg restraints may be used as authorized by the Unit Manager, Warden or his designee.  During any movement outside the cell, two (2) officers will escort Death Row inmates.

U.    EDUCATION

Request for education services will be coordinated by the Unit Manager and the Unit Education Supervisor.

ADC 3991

| POLICY AND PROCEDURES | POLICY NO:<br>10.6.0 | PAGE NUMBER:<br>8 of 9 |
|---|---|---|
| SUBJECT:<br><br>DEATHROW | SUPERCEDES: | EFFECTIVE DATE: |

V.   MEDICAL/DENTAL SERVICES

Inmates on death row may make a request for medical/dental attention to any infirmary staff member making rounds or in writing to the infirmary. The infirmary staff member, upon the inmate's request for medical/dental attention, will record the inmate's name, ADC number and general information concerning the complaint and forward the information to the Infirmary Supervisor.

NOTE:   Emergency medical/dental services will be handled as such.

W.   MENTAL HEALTH SERVICE

Death Row Inmates will receive service of a counselor upon request. Mental Health Staff must review the status of every inmate assigned to Death Row at least every three (3) months.

X.   PERSONAL PROPERTY

Inmates on death row will be allowed to keep a reasonable amount of personal property that will fit in the authorized storage container in their cells. The inmate may keep only legal materials that are active in court. The Unit Manager or Warden must approve additional items.

Y.   IMMINENT EXECUTION DATE

Inmates with an imminent execution date will be transferred to the Cummins Unit within seven (7) days of the scheduled execution date, or as authorized by the Director.

Z.   SECURITY CHECKS

Every thirty minutes at irregular intervals.

AA.   Inmates shall have access to reading materials provided by staff on a regularly scheduled basis. Four (4) books, Two (2) magazines, and Two (2) newspapers.

**VII.   STAFF / PRIVILEGES RESTRICTIONS:**

Inmates who commit the following offenses can and will have the Staff or Privilege Restrictions imposed as defined and outlined below.

a.   STAFF RESTRICTION

Inmates that have a chronic history of assaulting staff, slipping restraints, or deviant conduct toward staff. (Only Sergeants or above will feed, or move these inmates until they reach Level Two).

b.   SPIT GUARD

Inmate that spit or attempt to spit on staff. (These inmates will remain on spit guard restriction until they reach Level Two).

ADC 3992

| POLICY AND PROCEDURES | POLICY NO:<br>10.6.0 | PAGE NUMBER:<br>9 of 9 |
|---|---|---|
| SUBJECT:<br>DEATHROW | SUPERCEDES: | EFFECTIVE DATE: |

c.   MATTRESS RESTRICTION

Inmates who destroy or use their mattress as a barrier to prevent Staff entry or chemical agents entering into the cell.  (These inmates will be placed on mattress restriction for a maximum of thirty days or as behavior warrants).

d.   SHOE RESTRICTION

Inmates destroying or kicking on cell doors with shoes.  These inmates will be placed on thirty (30) days shoe restriction and have all foot wear remove from their cells and be issued a pair of cloth isolation shoes).

e.   TELEPHONE RESTRICTION

First Offense – six (6) month suspension

**Second Offense – twelve (12) month suspension**

f.   CUP RESTRICTION

Inmates that dash or threaten to dash staff with any type of liquids.
(These inmates will be placed on cup restriction as determined by the Warden or his designee).

g.   THUMB CUFF RESTRICTION

Inmates that demonstrates a history of slipping out of handcuffs, locking devices, or other restraints.  (Any time these inmates are required to be handcuffed they will also be thumb cuff until cleared by the Warden or Deputy/Assistant Warden).

h.   RAZOR RESTRICTION

Inmates who exhibit self-destructive behavior involving a razor are placed on razor restriction. Inmates will be issued a shatterproof razor weekly on an exchange basis.  If the inmate fails to provide the razor, his cell will be shaken down to find the razor and disciplinary action will be taken.  Inmates will remain on razor restriction until their behavior improves and the Classification Committee can review the inmate.

i.   TRAY RESTRICTION

Inmates exhibiting destructive behavior, assault, or dashing of Officer with food trays or cups will be placed on tray/cup restriction as determined by the Warden or his designee.  These inmates will be served out of Styrofoam trays and cups. These inmates will remain on tray/cup restriction until their behavior improves and the Classification Committee can review the inmate.

REFERENCES:      Administrative Directive 8-10
                 Attachment #1 Classification Review Sheet

ADC 3993



Arkansas Department of Correction

honor and integrity in public service

Director's Office
PO Box 8707
Pine Bluff, AR 71611-8707
Phone: 870-267-6999
Fax:    870-267-6258
www.state.ar.us/doc

# ADMINISTRATIVE DIRECTIVE

**SUBJECT:**   Death Row

**NUMBER:**   08-10          **SUPERSEDES:**   96-02

**APPLICABILITY:**   Supermax Unit Employees and Death Row Inmates

**REFERENCE:**  AR 802 – Classification          **PAGE 1 of 8**

**APPROVED:** Original signed by Larry Norris          **EFFECTIVE DATE:  4/4/2008**

---

I.   **POLICY:**

To provide a safe, humane living environment for inmates housed in the Arkansas Department of Correction awaiting execution hereinafter referred to as Inmates on Death Row.

II.   **PROCEDURES:**

A.   <u>Classification</u> – Inmates on Death Row may be classified as they relate to other inmates on Death Row, based on their previous or institutional history of conflict or compatibility and consistent with the safety, security, and good order of the institution.  A list will be established and maintained to assure that inmates with previous conflicts will not be housed, worked, recreated, fed, or otherwise permitted together unless in the opinion of staff the conflict has been resolved.

To provide for a uniform process of classifying inmates assigned to Death Row, each inmate will be screened by the Unit Classification Committee and a Death Row Classification Review Sheet will be completed (Attachment 1). Each of the following items must be checked and noted on the Review Sheet.

Item A – <u>Prior convictions</u> – Determine the number of prior convictions that resulted in incarceration.

ADC 718

Item B – <u>Assaultive Behavior</u> – Determine the number of incidents of assaultive behavior that the inmate has been involved in while assigned to Death Row.

Item C – <u>Institutional Behavior</u> – Assess the inmate's overall institutional adjustment and behavior.

Item D – <u>Escape History</u> – Determine if the inmate has ever escaped custody and when the escape occurred.

Item E – <u>Protection Consideration</u> – Determine inmate's need for protection due to physical stature and/or enemies among Death Row population.

Item F – <u>Psychological Stability</u> – Assess inmate's psychological stability. This assessment must include input from Mental Health personnel.

Item G – <u>Case Status</u> – Determine current status of inmate's criminal case.

Item H – <u>Inmate Input</u> – Determine if inmate wishes to participate in Death Row activities or wishes to participate on a limited basis.

Each of the above items when checked will have a numerical value of 1, 2, or 3. A score of 3 in any item is grounds for the Classification Committee to deny out-of-cell Death Row activities such as work or out-of-cell meals, but is not intended to limit normal out-of-cell time for showers, etc.

Comments by the inmate and/or the Classification Committee may be recorded in the appropriate space on the Review Sheet.

The Classification Committee then decides whether to approve or deny the inmate for out-of-cell activities on Death Row.

All inmates assigned to Death Row will be reviewed and a new Death Row Classification Review Sheet will be completed at least once every six months. Any change in the inmate's status in regard to approval, limiting, denying Death Row activities must be made by the Unit Classification Committee and must be reflected on a Death Row Classification Review Sheet.

B.   <u>Class Status and Meritorious Good Time</u> – While inmates under sentence of death do not earn meritorious good time and privileges are not predicated by class status, it is necessary to maintain the class status for each inmate in the event an inmate's sentence is altered.

1.   Sentence changed by court – any inmate under sentence of death whose sentence is changed through the court system shall be

ADC 719

credited with good time that would have been earned had the individual not been under sentence of death, consistent with state law.

2. Sentence changed by commutation – if the sentence of a person sentenced to death or life imprisonment without parole is commuted by the governor to a term of years, such person shall not be paroled, nor shall the length of his incarceration be reduced in any way to less than the full term of years specified in the order of commutation or in any subsequent orders of commutation (Ark. Stat. 41-1306).

3. Contact Visitation – Inmates assigned to death row may be granted special contact visitation privileges under the conditions and provisions set forth in this and other applicable departmental regulations, directives or memorandums as they apply, unless specifically deleted or amended by this directive.

   a. No inmate shall be considered for contact visitation until after one (1) year from the date of his initial assignment to death row status.

   b. Inmates will submit a request for consideration to his/her area supervisor or Chief of Security who, in turn, will make a recommendation to the Classification Committee. The Classification Committee will review each request individually and make its recommendation to the Warden who shall give final approval or disapproval for contact visits.

   c. To be eligible for contact visits, an inmate must meet the following criteria:

      (1) An inmate must have been disciplinary-free for a minimum of sixty (60) days from the date of their last minor disciplinary.

      (2) An inmate will not be eligible until after one (1) year from the date of a major disciplinary. This may be reviewed for waiver after six (6) months by the Classification Committee and approval of the Warden.

      (3) An inmate will forfeit his contact visitation privileges if found guilty of any of the following:

         (a) Any escape or escape attempt.

ADC 720

       (b)     A homicide or attempted homicide while in the custody of the Department of Correction.

       (c)     Any rape or attempted rape.

       (d)     Possession of a weapon.

       (e)     Possession of drugs.

       (f)     A major disciplinary.

       (g)     Security concerns of the institution.

C.    <u>Discipline</u> – Inmates on Death Row will be subject to the same disciplinary policy and procedure as general population inmates. Any punitive time received by a Death Row inmate may be served in the Death Row cellblock, if determined to be in the best interest of security and approved by the Chief of Security, Deputy/Assistant Warden or Warden.

D.    <u>Visitation</u>

    1.    General Visitation – Death Row visits may be scheduled Monday through Friday, from 8:00 a.m. to 11:00 a.m. or 1:30 p.m. to 4:30 p.m. Their visits may be scheduled by appointment only, with at least twenty-four (24) hours advanced notice. Death Row visits may be scheduled through the Warden's or Deputy/Assistant Warden's office. Each Death Row inmate may be allowed no more than one (1) regular visit per week. Approved visitors and the number of visits will conform to Administrative Regulation 865 – Offender Visitation. If it is determined that this visitation procedure becomes burdensome to the institution, the procedure may be altered by the approval of the Director.

    2.    Attorney and/or Spiritual Advisor Visit – Visits between the attorney of record and/or spiritual advisor and the inmate may be permitted during regular business hours by prior arrangement (preferably twenty-four (24) hours advanced notice) with the approval of the Warden or Deputy/Assistant Warden per Administrative Regulation 865.

E.    <u>Exercise</u> – Death row inmates will be offered outside exercise twelve (12) hours weekly in a covered exercise area when weather conditions permit. All exercises will be curtailed for inmates on punitive status.

The twelve (12) hours of exercise time will be offered in six (6) daily periods of two (2) hours each. Unused exercise time cannot be accumulated. The Warden/Deputy/Assistant Warden may use their discretion based on security

needs to determine the number of death row inmates that may exercise together at a time.

Adequate recreational equipment for exercise yard use will be provided and a good faith effort will be made to maintain the equipment in a good state of repair.

F.   Work Program – A seven (7) day per week schedule may be developed to offer death row inmates, who have been approved by the Classification Committee, two (2) hours out-of-cell work periods on a rotating basis. This rotating shift may be designed so that inmates may work during days, evenings, and nights without being assigned to a particular shift on a permanent basis.  The work schedule should not begin prior to 5:00 a.m. and should not last beyond 10:00 p.m.

Inmates who are assigned by Classification to work will be subject to the same rules and regulations as the general population inmates.  Work under this program will consist of sweeping, mopping, dusting, cleaning, janitorial type duties and/or other inside utility type projects that become available.

G.   Chaplain Visits – Chaplains should make routine visits in the Death Row area and be available to inmates upon request.  Certified Religious Assistants (one who is properly trained and has been approved by the Warden and Administrator of Chaplaincy Services), may be allowed into the Death Row area to counsel with inmates on a one-on-one basis at the cell or to assist or conduct group religious services with no more than four (4) inmates at a time and must be in hand and leg restraints.

H.   Feeding – Inmates on Death Row may be given out-of-cell clearance for meals by the Unit Classification Committee based on criteria established in Item #1 above and commensurate with the list established in Item #1 of this Administrative Directive and the inmate's behavior.  Meals may be taken in the day room area of the Death Row cellblock.  Inmates will be classified to determine their eligibility.

Misuse or abuse of privileges can result in privileges being suspended.

I.   Privileges

1.   Television Privileges – Death Row inmates may be allowed to watch television from their cells.  The schedule will be as follows:

Televisions may be turned on at 10:00 a.m. Monday through Friday.  Televisions may be turned on at 8:00 a.m. on Saturday and Sunday.  Televisions will be turned off after the 10:00 p.m. news on Sunday through Thursday.  Televisions will be turned off after the first late movie on Friday and Saturday.

ADC 722

Viewing of special events may be approved by the Warden or Deputy/Assistant Warden.

2.   Death Row inmates will be given the same DVD privileges as general population.

J.   Showers – Inmates on Death Row will be given the opportunity to shower three (3) times per week.  A good faith effort will be made, subject to security and staffing needs, to allow inmates who recreate outside or in the gymnasium additional opportunity to shower after each recreation period.

K.   Legal Materials – Per Administrative Regulation 841, papers and documents of a legal nature may be retained by the inmate in a reasonable quantity.

L.   Library/Law Library Call – Inmates on Death Row shall have equal opportunity for ordering and accessing books and/or CD-ROM information from the regular library as inmates in the general population at the Varner Supermax Unit.  They will be permitted to keep the books for a period of one (1) week.

M.   Mail – Inmates on Death Row will be offered the same mail privileges as the general population.  Mail will be delivered to the cells Monday through Saturday consistent with U.S. Mail Services.  Mail will be picked up and inspected for contraband Monday through Friday by mailroom personnel.

NOTE:  All incoming privileged correspondence will be handled per Administrative Regulation 860.

N.   Commissary – Inmates on Death Row will be offered the opportunity to purchase commissary items two (2) times per week.  Inmates on Death Row will not be permitted to keep metal/glass cans or other metal/glass containers in their cells.  Products purchased in metal/glass containers must be emptied into personal plastic containers.

O.   Barber Services – Inmates on Death Row will be offered barber services as soon as possible upon request or as the schedule allows on a weekly basis.

P.   Movement – Prior to any movement out of their cells, inmates on Death Row shall be handcuffed behind the back and shall be escorted with appropriate staff only.  Upon removal from the cell, the inmate will be required to at least submit to a pat search.  Upon returning to the cell, the inmate must be placed in the cell and the cell door locked prior to removing restraints.  Leg restraints may be used as authorized by the Warden or his designee.  (This restriction shall not apply to inmates

ADC 723

participating in Work Programs, or cleared for out-of-cell meals at the time of that particular activity.)

Q.   Education – Requests for education services will be coordinated by the Warden and the head teacher at the unit.

R.   Medical/Dental Services – Inmates on Death Row may make a request for medical/dental attention known to the infirmary staff member making rounds in the area passing out medication at least two (2) times per day or on an as-needed basis.  The Infirmary staff member, upon the inmate's request for medical/dental attention, will record the inmate's name, Arkansas Department of Correction number, and general information concerning the complaint and forward this information to the Infirmary Supervisor.

   NOTE:  Emergency medical/dental services will be handled as such.

S.   Personal Property – Inmates on Death Row will be allowed to keep a reasonable amount of personal property in their cells.  The amount of personal property kept by inmates will be the same as general population inmates.  Additional items may be approved in writing by the Warden.

T.   Telephone Calls -- Requests for telephone calls by inmates on Death Row will be handled in accordance with Administrative Regulation 867 – Use of Telephones.  Requests for telephone calls to legal counsel will be expeditiously handled by correctional personnel.

U.   Clothing – Death Row inmates will be issued the same clothing as the general population inmates at the Varner Supermax Unit.

V.   Staff Assignment – The correctional officers assigned to Death Row shall be "dedicated" in the sense that their regular duties shall consist solely of matters related to Death Row.  The Department will train these officers for the Death Row assignment and require their post orders to be consistently followed by each shift.  Emergency staffing and security needs may arise which may prevent maintaining a "dedicated" staff on all occasions.

W.   Nothing in this policy shall create a property or liberty interest that does not otherwise exist.

## III.   REFERENCES:

AR 865 – Offender Visitation
AR 867 – Use of Telephone

08-10
08Apr4

ADC 724

## DEATH ROW

### CLASSIFICATION REVIEW SHEET

INMATE NAME _____ SK #_____

MEDICAL CLASS _____

CONSIDERATIONS:

A.   Prior Convictions:

    1. None or one _____
    2. Two or more _____

B.   Assaultive Behavior:

    1. None _____
    2. One _____
    3. Two or more _____

C.   Institutional Behavior:

    1. Excellent __
    2. Average ___
    3. Poor _____

D.   Escape History:

    1. None _____
    2. Over 5 years ago ___
    3. Less than 5 years ago _____

E.   Protection Considerations:

    1. None _____
    2. Minor _____
    3. Major _____

F.   Psychological Stability:

    1. Emotionally Stable _____
    2. Mild Concerns _____
    3. Serious Concerns _____

G.   Case Status:

    1. Reversed and remanded _____
    2. On appeal or stayed _____
    3. Execution Date Set _____

H.   Inmate Input:

    1. Out-of-cell activities _____
    2. Limited out-of-cell activities _____
    3. Refuses out-of-cell activities _____

COMMENTS: _____
_____
_____
_____

CLASSIFICATION COMMITTEE          ____ 1. Approved, out-of-cell Death Row activities
RECOMMENDATION:                   ____ 2. Approved, limited out-of-cell activities
                                  ____ 3. Denied, out-of-cell Death Row activities

DATE: _____ CLASSIFICATION COMMITTEE: _____
_____
_____
_____

ADC 725