

# ADC

## ARKANSAS DEPARTMENT OF CORRECTION
## LEGAL DIVISION

| | | |
|---|---|---|
| Jan Dewoody Scussel<br>Chief Legal Counsel<br>Office: 870-267-6371 | 6814 Princeton Pike<br>Pine Bluff, AR 71602<br>Fax: 870-267-6373 | Jeanne E. Richards<br>Legal Counsel<br>Office: 870-267-6844 |

# FAX COVER SHEET

TO: Deborah Czuba, Assistant Federal Public Defender

FROM: Jan Scussel

DATE: June 21, 2011

RE: AD 11-40

As per our phone conversation.

Thanks,

Jan



**Arkansas Department of Correction**

PO Box 8707
Pine Bluff, AR 71611-8707
Phone: 870-267-6200
Fax: 870-267-6244
www.adc.arkansas.gov

# ADMINISTRATIVE DIRECTIVE

**SUBJECT:** Death Row

**NUMBER:** 11-40  **SUPERSEDES:** 11-14

**APPLICABILITY:** Supermax Unit Employees and Death Row Inmates

**REFERENCE:** AR 802 – Classification  **PAGE 1 of 8**

**APPROVED:** Original signed by Ray Hobbs, Director  **EFFECTIVE DATE: 6/03/2011**

---

I. **POLICY:**

To provide a safe, humane living environment for inmates housed in the Arkansas Department of Correction awaiting execution hereinafter referred to as Inmates on Death Row.

II. **PROCEDURES:**

A. <u>Classification</u> – Inmates on Death Row may be classified as they relate to other inmates on Death Row, based on their previous or institutional history of conflict or compatibility and consistent with the safety, security, and good order of the institution. A list will be established and maintained to assure that inmates with previous conflicts will not be housed, worked, recreated, fed, or otherwise permitted together unless in the opinion of staff the conflict has been resolved.

To provide for a uniform process of classifying inmates assigned to Death Row, each inmate will be screened by the Unit Classification Committee and a Death Row Classification Review Sheet will be completed (Attachment 1). Each of the following items must be checked and noted on the Review Sheet.

Item A – <u>Prior convictions</u> – Determine the number of prior convictions that resulted in incarceration.

Item B – <u>Assaultive Behavior</u> – Determine the number of incidents of assaultive behavior that the inmate has been involved in while assigned to Death Row.

Item C – <u>Institutional Behavior</u> – Assess the inmate's overall institutional adjustment and behavior.

Item D – <u>Escape History</u> – Determine if the inmate has ever escaped custody and when the escape occurred.

Item E – <u>Protection Consideration</u> – Determine inmate's need for protection due to physical stature and/or enemies among Death Row population.

Item F – <u>Psychological Stability</u> – Assess inmate's psychological stability. This assessment must include input from Mental Health personnel.

Item G – <u>Case Status</u> – Determine status of inmate's criminal case.

Item H – <u>Inmate Input</u> – Determine if inmate wishes to participate in Death Row activities or wishes to participate on a limited basis.

Each of the above items when checked will have a numerical value of 1, 2, or 3. A score of 3 in any item is grounds for the Classification Committee to deny out-of-cell Death Row activities such as work or out-of-cell meals, but is not intended to limit normal out-of-cell time for showers, etc.

Comments by the inmate and/or the Classification Committee may be recorded in the appropriate space on the Review Sheet.

The Classification Committee then decides whether to approve or deny the inmate for out-of-cell activities on Death Row.

All inmates assigned to Death Row will be reviewed and a new Death Row Classification Review Sheet will be completed at least once every six months. Any change in the inmate's status in regard to approval, limiting, denying Death Row activities must be made by the Unit Classification Committee and must be reflected on a Death Row Classification Review Sheet.

B. <u>Class Status and Meritorious Good Time</u> – While inmates under sentence of death do not earn meritorious good time and privileges are not predicated by class status, it is necessary to maintain the class status for each inmate in the event an inmate's sentence is altered.

1. Sentence changed by court – any inmate under sentence of death whose sentence is changed through the court system shall be credited with good time that would have been earned had the individual not been under sentence of death, consistent with state law.

2. Sentence changed by commutation – if the sentence of a person sentenced to death or life imprisonment without parole is commuted by the governor to a term of years, such person shall not be paroled, nor shall the length of his incarceration be reduced in any way to less than the full term of years specified in the order of commutation or in any subsequent orders of commutation (Ark. Stat. 41-1306).

C. Discipline – Inmates on Death Row will be subject to the same disciplinary policy and procedure as general population inmates. Any punitive time received by a Death Row inmate may be served in the Death Row cellblock, if determined to be in the best interest of security and approved by the Chief Security Officer, Deputy/Assistant Warden or Warden.

D. Visitation

1. General Visitation – Death Row visits may be scheduled Monday through Friday, from 8:00 a.m. to 11:00 a.m. or 1:30 p.m. to 4:30 p.m. Visits may be scheduled by appointment only, with at least twenty-four (24) hours advanced notice. Death Row visits may be scheduled through the Warden or Deputy/Assistant Warden's office. Each Death Row inmate may be allowed no more than one (1) regular visit per week. Approved visitors and the number of visits will conform to Administrative Regulation 865 – Offender Visitation. If it is determined that this visitation procedure becomes burdensome to the institution, the procedure may be altered by the approval of the Director.

2. Contact Visitation – Inmates assigned to Death Row may be granted contact-visitation privileges under the conditions and provisions set forth in this policy. Any exceptions to this policy shall be determined according to court order and applicable law.

   a. To be eligible to submit a request for contact visits, a death-row inmate must meet each of the following requirements at the time of submitting the request:

      1. Have resided on death row for six (6) months;

      2. Have no pending disciplinary charge;

3. Have had no minor disciplinary conviction for the past sixty (60) days;

4. Have had no major disciplinary conviction for the past year. This one-year period may be reduced to no less than six (6) months upon recommendation of the Classification Committee and approval of the Warden.

b. If eligible, a death-row inmate may submit a request for consideration for contact visitation to their area supervisor or the Chief of Security, who will make a recommendation to the Classification Committee. The Classification Committee will review each request and make its recommendation to the Warden who shall give final approval or disapproval for contact visitation. The Warden may deny, terminate, or suspend contact-visitation privileges for one or more death-row inmates in order to maintain or restore the security or good order of the prison.

c. If a death-row inmate receives contact-visitation privileges, then he or she may exercise such privileges equally during visits from attorneys, family, friends, and others who have been approved for visitation pursuant to Administrative Directive 08-10 or its successor and whose conduct conforms to that Directive or its successor.

E. Exercise – Death Row inmates will be offered outside exercise one hour per day, five days per week in a covered exercise area when weather conditions permit.

Unused exercise time cannot be accumulated. The Warden/Deputy/Assistant Warden may use discretion based on security needs to determine the number of death row inmates that may exercise together at a time.

Adequate recreational equipment for exercise yard use will be provided and a good faith effort will be made to maintain the equipment in a good state of repair.

F. Work Program – A seven (7)-day-per-week schedule may be developed to offer death row inmates, who have been approved by the Classification Committee, two (2) hours out-of-cell work periods on a rotating basis. This rotating shift may be designed so that inmates may work during days, evenings, and nights without being assigned to a particular shift on a permanent basis. The work schedule should not begin prior to 5:00 a.m. and should not last beyond 10:00 p.m.

Inmates who are assigned by Classification to work will be subject to the same rules and regulations as the general population inmates. Work under this program will consist of sweeping, mopping, dusting, cleaning, janitorial type duties and/or other utility type projects that become available.

Inmates assigned to Death Row shall not be assigned work programs that would permit them access outside the secure perimeter.

G. <u>Chaplain Visits</u> – Chaplains should make routine visits in the Death Row area and be available to inmates upon request. Certified Religious Assistants (one who is properly trained and has been approved by the Warden and Administrator of Chaplaincy Services), may be allowed into the Death Row area to counsel with inmates on a one-on-one basis at the cell or to assist or conduct group religious services with no more than four (4) inmates at a time and must be in hand and leg restraints.

H. <u>Feeding</u> – Inmates on Death Row may be given out-of-cell clearance for meals by the Unit Classification Committee based on criteria established in Item #1 above and commensurate with the list established in Item #1 of this Administrative Directive and the inmate's behavior. Meals may be taken in the day room area of the Death Row cellblock. Inmates will be classified to determine their eligibility.

Misuse or abuse of privileges can result in privileges being suspended.

I. <u>Privileges</u>

1. Television Privileges – Death Row inmates may be allowed to watch television from their cells. The schedule will be as follows:

    Televisions may be turned on at 10:00 a.m. Monday through Friday. Televisions may be turned on at 8:00 a.m. on Saturday and Sunday. Televisions will be turned off after the 10:00 p.m. news on Sunday through Thursday. Televisions will be turned off after the first late movie on Friday and Saturday.

    Viewing of special events may be approved by the Warden or Deputy/Assistant Warden.

2. Death Row inmates will be given the same DVD privileges as general population.

J. <u>Showers</u> – Inmates on Death Row will be given the opportunity to shower three (3) times per week. A good faith effort will be made, subject to security and staffing needs, to allow inmates who recreate outside or in the gymnasium additional opportunity to shower after each recreation period.

K. <u>Legal Materials</u> – Per Administrative Regulation 841, papers and documents of a legal nature may be retained by the inmate in a reasonable quantity.

L. <u>Library/Law Library Call</u> – Inmates on Death Row shall have equal opportunity for ordering and accessing books and/or CD-ROM information from the regular library as inmates in the general population at the Varner Supermax Unit. They will be permitted to keep the books for a period of one (1) week.

M. <u>Mail</u> – Inmates on Death Row will be offered the same mail privileges as the general population. Mail will be delivered to the cells Monday through Saturday consistent with U.S. Mail Services. Mail will be picked up and inspected for contraband Monday through Friday by mailroom personnel. ADC personnel shall not read properly marked legal mail that death-row inmates send to or receive from their attorneys and investigators and experts who are assisting the death-row inmate's attorney.

NOTE: All incoming privileged correspondence will be handled per Administrative Regulation 860.

N. <u>Commissary</u> – Inmates on Death Row will be offered the opportunity to purchase commissary items two (2) times per week. Inmates on Death Row will not be permitted to keep metal/glass cans or other metal/glass containers in their cells. Products purchased in metal/glass containers must be emptied into personal plastic containers.

O. <u>Barber Services</u> – Inmates on Death Row will be offered barber services as soon as possible upon request or as the schedule allows on a weekly basis.

P. <u>Movement</u> – Prior to any movement out of their cells, inmates on Death Row shall be handcuffed behind the back and shall be escorted with appropriate staff only. Upon removal from the cell, the inmate will be required to at least submit to a pat search. Upon returning to the cell, the inmate must be placed in the cell and the cell door locked prior to removing restraints. Leg restraints may be used as authorized by the Warden or designee. (This restriction shall not apply to inmates participating in Work Programs, or cleared for out-of-cell meals at the time of that particular activity.)

Q. <u>Education</u> – Requests for education services will be coordinated by the Warden and the head teacher at the unit.

R. <u>Medical/Dental Services</u> – Inmates on Death Row may make a request for medical/dental attention known to the infirmary staff member making

rounds in the area passing out medication at least two (2) times per day or on an as-needed basis. The Infirmary staff member, upon the inmate's request for medical/dental attention, will record the inmate's name, Arkansas Department of Correction number, and general information concerning the complaint and forward this information to the Infirmary Supervisor.

NOTE: Emergency medical/dental services will be handled as such.

S. Personal Property – Inmates on Death Row will be allowed to keep a reasonable amount of personal property in their cells. The amount of personal property kept by inmates will be the same as general population inmates. Additional items may be approved in writing by the Warden.

T. Telephone Calls – Requests for telephone calls by inmates on Death Row will be handled in accordance with Administrative Regulation 867 – Use of Telephones. Requests for telephone calls to legal counsel will be expeditiously handled by correctional personnel. ADC personnel shall not listen to phone calls that are: 1) conducted by the use of an attorney's telephone number that has been properly registered with the ADC, and 2) between a death-row inmate and his or her attorney (including investigators and experts who are assisting the death-row inmate's attorney).

U. Clothing – Death Row inmates will be issued the same clothing as the general population inmates at the Varner Supermax Unit.

V. Staff Assignment – The correctional officers assigned to Death Row shall be "dedicated" in the sense that their regular duties shall consist solely of matters related to Death Row. The Department will train these officers for the Death Row assignment and require their post orders to be consistently followed by each shift. Emergency staffing and security needs may arise which may prevent maintaining a "dedicated" staff on all occasions.

W. Nothing in this policy shall create a property or liberty interest that does not otherwise exist.

## III. REFERENCES:

AR 865 – Offender Visitation
AR 867 – Use of Telephone

11-40
11June3

# DEATH ROW

## CLASSIFICATION REVIEW SHEET

INMATE NAME _____ SK # _____

MEDICAL CLASS _____

CONSIDERATIONS:

A.  Prior Convictions:

    1. None or one _____
    2. Two or more _____

B.  Assaultive Behavior:

    1. None _____
    2. One _____
    3. Two or more _____

C.  Institutional Behavior:

    1. Excellent __
    2. Average __
    3. Poor _____

D.  Escape History:

    1. None _____
    2. Over 5 years ago __
    3. Less than 5 years ago _____

E.  Protection Considerations:

    1. None _____
    2. Minor _____
    3. Major _____

F.  Psychological Stability:

    1. Emotionally Stable _____
    2. Mild Concerns _____
    3. Serious Concerns _____

G.  Case Status:

    1. Reversed and remanded _____
    2. On appeal or stayed _____
    3. Execution Date Set _____

H.  Inmate Input:

    1. Out-of-cell activities _____
    2. Limited out-of-cell activities _____
    3. Refuses out-of-cell activities _____

COMMENTS: _____
_____
_____

CLASSIFICATION COMMITTEE
RECOMMENDATION:
    ____ 1. Approved, out-of-cell Death Row activities
    ____ 2. Approved, limited out-of-cell activities
    ____ 3. Denied, out-of-cell Death Row activities

DATE: _____ CLASSIFICATION COMMITTEE: _____
_____
_____