IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| ANDREW SASSER, ROGER COULTER, FRANK WILLIAMS, JR., KARL ROBERTS, JASON FARRELL McGEHEE, MARCEL WAYNE WILLIAMS, and BRUCE EARL WARD, | * * * * * * | |
| Plaintiffs, | * * | |
| vs. | * * | No. 5:10CV00092 SWW |
| ARKANSAS DEPARTMENT OF CORRECTION, RAY HOBBS, GRANT HARRIS, and JAMES BANKS, | * * * * | |
| Defendants. | * | |

## Order of Dismissal

Upon plaintiffs' motion to dismiss with prejudice stating that the parties have executed a release and settlement in this matter,

IT IS THEREFORE ORDERED that the motion [docket entry 50] be, and it is hereby, granted, and this action is dismissed with prejudice.

DATED this 26th day of July, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE